UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEWISH CHILD CARE ASSOCIATION OF
NEW YORK d/b/a JCCA,

              Plaintiff,

-against-

CARL FULGENZI and TOWN OF MOUNT
PLEASANT,

              Defendant.

**ORDER**

24-CV-02580(PMH)

PHILIP M. HALPERN, United States District Judge:

    An initial pre-trial conference was held on July 23, 2024. Counsel for all parties appeared telephonically. As explained more fully at the conference, the parties shall, by August 22, 2024, produce all documentary evidence necessary to engage in settlement dialogue. An order of reference to the Magistrate Judge for a settlement conference will be docketed separately. Additionally, a Civil Case Management and Discovery Plan will be docketed separately.

    See Transcript.

Dated: White Plains, New York
        July 23, 2024

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge