**MEMO ENDORSED**

**HARRIS BEACH PLLC**
ATTORNEYS AT LAW

September 12, 2024

445 HAMILTON AVENUE, SUITE 1206
WHITE PLAINS, NEW YORK 10601
914.683.1200

DARIUS P. CHAFIZADEH
MEMBER
DIRECT:  914.683.1212
FAX:      914.683.1210
DCHAFIZADEH@HARRISBEACH.COM

**VIA SDNY ECF**

Hon. Victoria Reznik
United States District Court, Southern District of New York
300 Quarropas Street, Courtroom 520
White Plains, New York 10601

      RE:    **Jewish Child Care Association of NY v. Fulgenzi, et al.**
               **SDNY Civ. Case No. 24-cv-02580 (PMH)**

Dear Magistrate Judge Reznik:

      This firm represents Defendants, Carl Fulgenzi, as Supervisor and Chief Executive Office of the Town of Mount Pleasant, and the Town of Mount Pleasant (collectively, "Defendants") in the above-referenced action. We write pursuant to Rule 1(E) of Your Honor's Individual Practices, to respectfully request an adjournment of the remote settlement conference currently scheduled for September 25, 2024. This is Defendants' first request for an adjournment of that conference.

      The reason for the requested adjournment is that I will be defending the deposition of the Rockland County District Attorney in the matter of *Emily Dominguez v. Thomas E. Walsh, II, et al.*, 22-CV-06443 (KMK), that day. We have conferred with counsel for Plaintiff in this matter, and they have no objection to the requested adjournment of the settlement conference. The parties respectfully offer the afternoon of October 2, 2024, as a potential day/time for the conference, should the Court grant the requested adjournment and should the afternoon of October 2, 2024 be available to the Court for a conference.

      Thank you very much for the Court's time and consideration of this request.

The Court will adjourn the settlement conference scheduled for September 25, 2024. The Court is not available on October 2nd. Our next availability is during the week of October 14th (with the exception of October 14th due to a Court holiday) and the week of October 28th (with the exception of October 30th). Please confer, and in one email to Chambers, (rezniknysdchambers@nysd.uscourts.gov), provide other mutually available dates.

Respectfully Submitted,

**HARRIS BEACH PLLC**

/s/ *Darius P. Chafizadeh*

Darius P. Chafizadeh

SO ORDERED.
/s/ Hon. Victoria Reznik, U.S.M.J.
9/13/24

DPC: mtd
cc:    All parties (via ECF)