In light of the March 27, 2025 letter (Doc. 37), the parties shall file, by April 9, 2025, either a stipulation dismissing the action or a status report.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 37.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       March 28, 2025

March 27, 2025

**VIA SDNY ECF**

Hon. Philip M. Halpern
United States District Court, Southern Di
300 Quarropas Street, Courtroom 520
White Plains, New York 10601

**Re**:    *JCCA v. Carl Fulgenzi and the Town of Mount Pleasant*
          **SDNY Civ. Case No.: 24-cv-02580 (PMH) (VR)**

Dear Judge Halpern:

This firm represents Defendants Carl Fulgenzi as Supervisor and Chief Executive Officer of the Town of Mount Pleasant ("Supervisor Fulgenzi") and the Town of Mount Pleasant (the "Town") (collectively, "Defendants") in the above-referenced matter. We write to inform the Court that the parties have agreed to a settlement of the action.

The settlement, however, will need to be formally voted on by the Town Board, which will occur at the April 8, 2025 Town Board meeting. The parties can submit the agreed upon stipulation on April 9, 2025 to your Honor and would respectfully request that same be "So-Ordered."

Thank you for your time and attention to this matter.

RESPECTFULLY SUBMITTED,

HARRIS BEACH MURTHA CULLINA PLLC

/S/ *Darius P. Chafizadeh*

DARIUS P. CHAFIZADEH

cc: All Counsel (via ECF)