UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Jewish Child Care Association of New York
d/b/a JCCA,

                              Plaintiff,

– against –

CARL FULGENZI as Supervisor and Chief Executive
Officer of the TOWN OF MOUNT PLEASANT,
TOWN OF MOUNT PLEASANT,

                              Defendants.

Case No.: 24 Civ. 2580 (PMH)

**STIPULATION**

---

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned Parties, through their respective counsel, that:

       1.    The Town of Mount Pleasant, Local State of Emergency, Emergency Order No. 1, issued on March 26, 2024, expired on December 16, 2024, and is no longer in effect.

       2.    The Town of Mount Pleasant, Local State of Emergency, Emergency Order No. 2, issued on December 16, 2024, was revised by a subsequent order, Emergency Order 2-A as set forth below, and is no longer in effect.

       3.    The Town of Mount Pleasant, Local State of Emergency, Emergency Order No. 2-A, issued on February 9, 2025, revised and superseded Emergency Order No. 2, and is currently in effect. It is understood and agreed that JCCA must comply with the requirements of all applicable statutes, laws, regulations, and rules of the United States of America, the state of New York, the County of Westchester, and the Town ("Statutes Laws and Regulations").

       4.    As long as all Statutes, Laws and Regulations are complied with, Emergency Order 2-A does not and will not bar JCCA from providing residential shelter, supervision, and

services to unaccompanied children under a contract between JCCA and the Division of Unaccompanied Children Operations ("DUCO") for a program managed by the Office of Refugee Resettlement, as described in paragraphs 10 through 16 of the Complaint in this Action (the "ORR Program").

5. This stipulation does not address, and the parties do not herein agree, whether JCCA's operation of the ORR Program complies Statutes, Laws and Regulations or with any specific laws and regulations, including but not limited to, the Town of Mount Pleasant's zoning regulations, which is not the subject of this Action.

6. This Action is dismissed without prejudice, without costs or fees, including attorneys' fees, to either party.

Dated: White Plains, New York

April 9, 2025

**YANKWITT LLP**

_____
Benjamin Allee, Esq.
Cassandra Vogel, Esq.
140 Grand Street, Suite 705
White Plains, New York 10601
*Attorneys for Plaintiff*

Dated: White Plains, New York

April 9, 2025

**HARRIS BEACH MURTHA CULLINA PLLC**

_____
Darius Chafizadeh, Esq.
445 Hamilton Avenue
White Plains, New York 10601
*Attorneys for Defendants*

SO ORDERED this 10th day of April, 2025

_____
Hon. Philip M. Halpern, U.S.D.J.

2